IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN SCOTT NINESLING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:09-CV-297-WKW[WO] |
| | ) |
| CHS MIDDLE EAST, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 15), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted, and that this case is DISMISSED for lack of personal jurisdiction over Defendants.

An appropriate judgment will be entered.

Done this 30th day of October, 2009.

                                        /s/  W.  Keith Watkins
                                  UNITED STATES DISTRICT JUDGE